**THE AGUILERA LAW GROUP, APLC**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
A. Eric Aguilera (SBN 192390)
Lindsee Falcone (SBN 268072)
V. René Daley (SBN 199914)
NaQuia T. Brown (SBN 354138)
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com
rdaley@aguileragroup.com
nbrown@aguileragroup.com
alg@aguileragroup.com

Attorneys for Plaintiff, Travelers Property Casualty Company of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,

Plaintiff,

vs.

KENNETH SWANSON, an individual and California citizen,

Defendant.

CASE NO.: 5:25-cv-07965-EKL

**~~[PROPOSED]~~ ORDER MODIFYING THE COURT'S SEPTEMBER 1, 2026, DISCOVERY ORDER [DKT. NO. 43];**

PURSUANT TO STIPULATION, Travelers' deadline to produce a copy of its UIM claim file as it is kept in the ordinary course of business, for the time period from the initiation of the claim file through September 30, 2026, is extended from September 11, 2026, to September 18, 2026.

IT IS SO ORDERED.

Date: September 16, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge